William A. Levin (CA Bar No. 98592)
Laurel L. Simes (CA Bar No. 134637)
David M. Grimes (CA Bar No. 324292)
Samira J. Bokaie (CA Bar No. 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, CA 94111
Phone: (415) 426-3000
Fax: (415) 426-3001
Email: wlevin@levinsimes.com
Email: llsimes@levinsimes.com
Email: dgrimes@levinsimes.com
Email: sbokaie@levinsimes.com
*Attorneys for Plaintiff Jane Doe LS 426*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3084 CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jane Doe LS 426 v. Uber Technologies, Inc., et al.,* Case No. 3:24-cv-05731-CRB | |

## **PLAINTIFF JANE DOE LS 426'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, by and through her counsel hereby gives notice that the above-captioned action is dismissed without prejudice, against Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC.

Dated: November 14, 2024                                   Respectfully Submitted,

                                                                                           **LEVIN SIMES LLP**

                                                           By: */s/ William A. Levin*
                                                                   William A. Levin
                                                                  *Attorney for Plaintiff Jane Doe LS 426*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2024, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk's Office using the CM/ECF System which will transmit a Notice of Electronic Filing to all CM/ECF registrants.

By: */s/ William A. Levin*
　　William A. Levin